**TRINETTE G. KENT**, Bar No. 222020
tkent@lemberglaw.com
3219 Camelback Road, #588
Phoenix, AZ 85018
Telephone:  (480) 247-9644
Facsimile:  (480) 717-4781

Of Counsel to
Lemberg Law, LLC
43 Danbury Road
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

Attorneys for Plaintiff,
Matthew A. Cohen

**TROUTMAN SANDERS LLP**
Mary Kate Kamka, Bar No. 282911
marykate.kamka@troutman.com
3 Embarcadero Center, Suite 800
San Francisco, CA 94111
Telephone:  (415) 477-5700
Facsimile:  (415) 477-5710

Attorneys for Defendant,
Checkr, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MATTHEW A. COHEN,<br><br>  Plaintiff,<br><br>  vs.<br><br>CHECKR, INC.,<br><br>  Defendant. | Case No.: 2:19-cv-07024-MWF-JPR<br><br>**JOINT STIPULATION BY PLAINTIFF AND DEFENDANT TO ARBITRATE AND DISMISS CLAIMS**<br><br>Date:<br>Time:<br>Courtroom: 5A<br><br>Judge:  Hon. Michael W. Fitzgerald<br>Magistrate: Hon. Jean P. Rosenbluth |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Matthew A. Cohen ("Plaintiff") and Defendant Checkr, Inc. ("Checkr" and, together with Plaintiff, "the Parties"), by and through their respective undersigned counsel, hereby submit this Joint Stipulation to Arbitrate and Dismiss Claims, stating as follows:

1. The parties agree to submit all claims by and between Plaintiff and Checkr in this lawsuit to arbitration, pursuant to the arbitration agreement contained in Checkr's Terms of Service to which Cohen agreed, to resolve any outstanding claims in this matter.

2. The Parties agree that the United States District Court for the Central District of California shall retain jurisdiction with respect to the arbitration award issued in the arbitration proceeding.

WHEREFORE, the Parties respectfully request that: (a) the Court order that all of the claims asserted by Plaintiff against Checkr in this lawsuit be submitted to binding non-judicial arbitration pursuant to the parties' arbitration agreement, as further stipulated above; and (b) that all claims by and between Plaintiff and Checkr currently pending in the above-captioned litigation be dismissed.

Date: January 13, 2020

**TROUTMAN SANDERS LLP**

By: /s/Mary Kate Kamka
Mary Kate Kamka
*Attorneys for Defendant Checkr, Inc*

**LEMBERG LAW LLC**

By: /s/Trinette G. Kent
Trinette G. Kent
*Attorneys for Plaintiff Matthew A. Cohen*

- 1 -    CASE NO.: 2:19-CV-07024-MWF-JPR
JOINT STIPULATION BY PLAINTIFF AND DEFENDANT TO ARBITRATE AND DISMISS CLAIMS

40924075v1